IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUDSON SAVINGS BANK, ) | |
| ) | |
| Plaintiff, ) | Civil No. _____ |
| ) | |
| v. ) | |
| ) | |
| GEORGE C. AUSTIN, III, Executor of the Estate ) | |
| of George Clifford Austin, Jr., a/k/a G. Clifford ) | |
| Austin, II, GEORGE C. AUSTIN, III, As Heir of ) | |
| George Clifford Austin, Jr. a/k/a G. Clifford ) | |
| Austin, II, UNITED STATES OF AMERICA, and ) | |
| MASSACHUSETTS DEPARTMENT OF ) | |
| REVENUE, ) | 05 11604 GAO |
| ) | |
| Defendants. ) | |

UNITED STATES' NOTICE OF APPEARANCE

Please enter the appearance of Lydia Bottome Turanchik, Trial Attorney, Tax Division, U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044, as attorney for the United States in the above-referenced proceeding.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

August 1, 2005 . _____

_Barbara Healy Smith (JMZ)_
BARBARA HEALY SMITH
United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

_Lydia Bottome Turanchik_
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

1258046.1