IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUDSON SAVINGS BANK,               )<br>                        Plaintiff  )<br>v.                                  )<br>                                    )<br>GEORGE C. AUSTIN, III, As Executor of the )<br>Estate of George Clifford Austin, Jr., a/k/a )<br>G. Clifford Austin, II,             )<br>                                    )<br>GEORGE C. AUSTIN, III, As Heir of George )<br>Clifford Austin, Jr., a/k/a G. Clifford Austin, II)<br>                                    )<br>UNITED STATES OF AMERICA, and       )<br>                                    )<br>MASSACHUSETTS DEPARTMENT OF         )<br>REVENUE,                            )<br>                        Defendants  )<br>                                    ) | CIVIL ACTION NO. <u>05-11604-GAO</u><br>(Formerly Middlesex County Superior<br>Court Civil Action No. <u>**05-01231-G**</u>) |

**COMMONWEALTH OF MASSACHUSETTS' MOTION TO DISMISS ENTIRE CASE**

   The Commonwealth of Massachusetts Commissioner of Revenue ("Commonwealth") moves the Court to dismiss this action in its entirety on the following grounds: (1) the Eleventh Amendment to the United States Constitution bars this action against the Commonwealth in this Court and (2) the Commonwealth is an indispensable party to this case. See <u>Cape Ann Savings Bank v. Walter Johnson</u>, U.S. District Court C.A. Nos. 02-10032-GAO and 02-10036-GAO (August 12, 2002) and <u>First Federal Savings Bank of America v. John P. Ward</u>, U.S. District Court C.A. No. 03-10168-GAO (October 7, 2003) and <u>GMAC Mortgage Corporation v. Jeffrey L. Bayko, Sr.</u>, U.S. District Court C.A. No. 04-12448-GAO (March 24, 2005). (For further discussion see attached Memorandum In Support).

                              Respectfully submitted,
                              ALAN L. LEBOVIDGE
                              COMMISSIONER OF REVENUE
                               By his attorneys
                              THOMAS F. REILLY
                              MASSACHUSETTS ATTORNEY GENERAL
                              /s/ Eileen Ryan McAuliffe
                              Kevin W. Brown, General Counsel
                              Eileen Ryan McAuliffe, BBO#435260
                              Counsel to the Commissioner
                              Litigation Bureau, 7th floor
                              100 Cambridge Street
                              Boston, Massachusetts 02114
**Dated: August 9, 2005**     (617) 626-3217
197035/ERM