IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HUDSON SAVINGS BANK,<br>　　　　　　　　　　Plaintiff<br>v.<br><br>GEORGE C. AUSTIN, III, As Executor of the<br>Estate of George Clifford Austin, Jr., a/k/a<br>G. Clifford Austin, II,<br><br>GEORGE C. AUSTIN, III, As Heir of George<br>Clifford Austin, Jr., a/k/a G. Clifford Austin, II)<br><br>UNITED STATES OF AMERICA, and<br><br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE,<br>　　　　　　　　　　Defendants | CIVIL ACTION NO. <u>05-11604-GAO</u><br>(Formerly Middlesex County Superior<br>Court Civil Action No. <u>05-01231-G</u>) |

**CERTIFICATION PURSUANT TO RULE 7.1(A) (2)**

　　　Pursuant to Local Rule 7.1 (A) (2), I hereby certify that I have conferred with counsel for the Plaintiff and counsel for the United States in a good faith effort to resolve or narrow the issues involved in the Massachusetts Commissioner of Revenue's Motion to Dismiss Entire Case.

　　　　　　　　　　　　　　　　　　　　**Respectfully submitted,**
　　　　　　　　　　　　　　　　　　　　**ALAN LEBOVIDGE**
　　　　　　　　　　　　　　　　　　　　**COMMISSIONER OF REVENUE**

　　　　　　　　　　　　　　　　　　　　**By his attorney,**

　　　　　　　　　　　　　　　　　　　　 /s/  Eileen Ryan McAuliffe
　　　　　　　　　　　　　　　　　　　　**Eileen Ryan McAuliffe (BBO# 435260)**
　　　　　　　　　　　　　　　　　　　　**Department of Revenue**
　　　　　　　　　　　　　　　　　　　　**Litigation Bureau - P.O. Box 9565**
　　　　　　　　　　　　　　　　　　　　**100 Cambridge Street**
　　　　　　　　　　　　　　　　　　　　**Boston, MA  02114-9565**
**DATED**: August 9, 2005　　　　　　　　(617) 626-3217
197035/ERM