UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUDSON SAVINGS BANK, )<br><br>Plaintiff, )<br><br>v. )<br><br>GEORGE C. AUSTIN, III, Executor of the )<br>Estate of George Clifford Austin, Jr. a/k/a )<br>G. Clifford Austin, II; )<br>GEORGE C. AUSTIN, III, as Heir of )<br>George Clifford Austin, Jr. )<br>a/k/a G. Clifford Austin, II; )<br>UNITED STATES OF AMERICA; )<br>and MASSACHUSETTS DEPARTMENT )<br>OF REVENUE, )<br><br>Defendants. )<br> ) | CIVIL ACTION<br>NO. 05-11604-GAO |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on this day the original certified or attested to

copies of the state court pleadings received from the Clerk/Magistrate of the Middlesex

Superior Court, were filed with the United States District Court.

MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

BY: _____

Barbara Healy Smith
Assistant U. S. Attorney
U.S. Courthouse - Suite 9200
1 Courthouse Way
Boston, MA   02210
(617) 748-3282

I hereby certify that a true copy of the
above document was served upon (each
party appearing pro se and) the attorney of
record for each other party by mail on
August 16, 2005
_____
Assistant U.S. Attorney

MAS-20041213
coleman

**Commonwealth of Massachusetts**
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

08/04/2005
09:05 AM

## MICV2005-01231
## Hudson Savings Bank v Austin III, Executor Estate of George Clifford Austin Jr aka et al

| **Defendant** | **Private Counsel 435260** |
|---|---|
| Massachusetts Department of Revenue<br>P O Box 9565<br>100 Cambridge Street<br>Boston, MA 02114-9565<br>Served: 06/15/2005<br>Answered: 06/27/2005<br>Answered 06/27/2005 | Eileen Ryan McAuliffe<br>Mass Revenue Dept<br>100 Cambridge Street<br>PO Box 9565<br>Boston, MA 02114-9565<br>Phone: 617-626-3217<br>Fax: 617-626-3245<br>Active 06/22/2005 Notify<br><br>*** See Attorney Information Above *** |

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 04/08/2005 | 1.0 | Complaint & civil action cover sheet filed |
| 04/08/2005 | | Origin 1, Type D99, Track F. |
| 06/24/2005 | 2.0 | SERVICE RETURNED: George C Austin III, Heir of George Clifford Austin Jr aka(Defendant), 6/10/05, in hand to Geroge C. Austin, 24 Bolton St, Marlbora, MA 01752 |
| 06/24/2005 | 3.0 | SERVICE RETURNED: United States of America (IRS)(Defendant), 6/10/05, in hand to Peter Sorrentino, agent, 118 Turnpike Rd, Southborough,MA |
| 06/24/2005 | 4.0 | SERVICE RETURNED: George Austin III, Executor Estate of George Clifford Austin Jr aka(Defendant), 6/10/05, in hand to George C. Austin, 24 Bolton, St, Marlboro, MA 01752 |
| 06/24/2005 | 5.0 | SERVICE RETURNED: Massachusetts Department of Revenue(Defendant), 6/15/05, in hand to J. Haston, agent, 100 Cambridge St, Boston, MA |
| 06/27/2005 | 6.0 | ANSWER: Massachusetts Department of Revenue(Defendant) |
| 07/05/2005 | | Pleading, Motion to Extend Tracking Order, returned to Daniel J Burger, Esq.: Does not Comply with Rule 9A. |
| 07/08/2005 | 7.0 | Plaintiff's ASSENTED to MOTION to Extend Time Within Which to Serve Extend Tracking Order by 60 days |
| 07/12/2005 | 8.0 | MOTION to Extend Time within which to serve extend tracking order, Assented to |
| 07/12/2005 | | MOTION (P#8) Motion ALLOWED Dated: July 7, 2005  (Joseph M. Walker, III, Justice) Notices mailed July 12, 2005 |

**Commonwealth of Massachusetts**
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

## MICV2005-01231
### Hudson Savings Bank v Austin III, Executor Estate of George Clifford Austin Jr aka et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 04/08/2005 | **Status** | Needs review for service (acneserv) | | |
| **Status Date** | 04/08/2005 | **Session** | G - Cv G (9B Cambridge) | | |
| **Origin** | 1 | **Case Type** | D99 - Misc equitable remedy | | |
| **Lead Case** | | **Track** | F | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 07/07/2005 | **Answer** | 09/05/2005 | **Rule12/19/20** | 09/05/2005 |
| **Rule 15** | 09/05/2005 | **Discovery** | 02/02/2006 | **Rule 56** | 03/04/2006 |
| **Final PTC** | 04/03/2006 | **Disposition** | 06/02/2006 | **Jury Trial** | No |

### PARTIES

**Plaintiff**
Hudson Savings Bank
42 Main Street
Hudson, MA 01749
Active 04/08/2005

**Private Counsel 640753**
Daniel J Burger
Law Offices of Joseph J. Connoll
74 Main Street
Marlborough, MA 01752
Phone: 508-485-4488
Active 04/08/2005 Notify

**Defendant**
George Austin III, Executor Estate of George
Clifford Austin Jr aka
24 Bolton Street
Marlborough, MA 01752
Served: 06/10/2005
Served (answr pending) 06/10/2005

**Defendant**
George C Austin III, Heir of George Clifford Austin
Jr aka
24 Bolton Street
Marlborough, MA 01752
Served: 06/10/2005
Served (answr pending) 06/10/2005

**Defendant**
United States of America (IRS)
P O Box 9112 Stop 20800
JFK Post Office
Boston, MA 02203
Served: 06/10/2005
Served (answr pending) 06/10/2005

case01 203489 y y y y n n

Page 1 of 2