IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUDSON SAVINGS BANK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE C. AUSTIN, III, AS )<br>EXECUTOR OF THE ESTATE OF GEORGE )<br>CLIFFORD AUSTIN, JR., A/K/A )<br>G. CLIFFORD AUSTIN, II, GEORGE )<br>C. AUSTIN, III, AS HEIR OF )<br>GEORGE CLIFFORD AUSTIN, JR., )<br>A/K/A G. CLIFFORD AUSTIN, II, )<br>THE UNITED STATES OF AMERICA, )<br>and MASSACHUSETTS DEPARTMENT )<br>OF REVENUE, )<br>)<br>Defendants. ) | Civil No. 05-11604-GAO |

UNITED STATES' MOTION TO CONTINUE SETTLEMENT CONFERENCE

    The United States, by its undersigned counsel, hereby moves to continue the scheduling conference currently set for November 16, 2005. As grounds for this motion, the United States asserts that counsel for the United States is already scheduled to begin a bench trial on November 16, 2005, and is unable to attend a scheduling conference on that date. Counsel for the plaintiff and counsel for the Massachusetts Department of Revenue have indicated their assent to this motion.

1376888.1

- 2 -

Therefore, counsel for the United States respectfully requests that the scheduling conference be set for a date after November 16, 2005.[*]

| | |
|---|---|
| I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on<br><br>  10/12/05 - Lydia Bottome Turanchik   | Respectfully submitted,<br><br>MICHAEL J. SULLIVAN<br>United States Attorney<br><br>/s/ Lydia Bottome Turanchik<br>LYDIA BOTTOME TURANCHIK<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 55<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 307-6560<br>Lydia.D.Bottome@usdoj.gov |

---

[*] To assist the Court in the possible rescheduling of this conference, counsel for the United States is also scheduled to begin a jury trial in Cleveland, Ohio on November 21, 2005, which is expected to last at least three days. Counsel for the plaintiff has also indicated that he is most available on Mondays, Wednesdays, and Fridays.

Service List

Daniel J. Burger, Esq.
Law Offices of Joseph Connolly
74 Main Street
Marlborough, MA 01745

Eileen Ryan McAuliffe, Esq.
Department of Revenue
Litigation Bureau
Post Office Box 9565
100 Cambridge Street
Boston, MA 02114-9565

George C. Austin, III
24 Bolton Street
Marlborough, MA 01752