

ALAN LEBOVIDGE
COMMISSIONER

KEVIN W. BROWN
GENERAL COUNSEL

*The Commonwealth of Massachusetts*
*Department of Revenue*
*Legal Division —Litigation Bureau*
*P.O. Box 9565*
*100 Cambridge Street*
*Boston, Massachusetts  02114-9565*

January 3, 2006

Mr. Tony Anastas, Clerk
U.S. District Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re:   Hudson Savings Bank v. Clifford C. Austin, III, Et Als.,
      U.S. District Court C.A. No. 05-11604-GAO

Dear Mr. Anastas:

Enclosed please find for filing, the Defendant, the Commonwealth of Massachusetts Commissioner of Revenue ("Commonwealth's") Motion for Leave to File Reply Memorandum, pursuant to LR, D.Mass.7.1 (B)(3), in the above-referenced action.

Copies of these documents have been served on the parties listed on the Certificate of Service attached hereto.

Thank you for you assistance.

Sincerely,

/s/Eileen Ryan McAuliffe
Eileen Ryan McAuliffe
Counsel to the Commissioner
(617) 626-3217

Enclosure
205208/ERM

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUDSON SAVINGS BANK, )<br>                            **Plaintiff**   )<br>v.                                      )<br>GEORGE C. AUSTIN, III, As Executor of the )<br>Estate of George Clifford Austin, Jr., a/k/a  )<br>G. Clifford Austin, II,                    )<br>                                        )<br>GEORGE C. AUSTIN, III, As Heir of George )<br>Clifford Austin, Jr., a/k/a G. Clifford Austin, II)<br>                                        )<br>UNITED STATES OF AMERICA, and    )<br>                                        )<br>MASSACHUSETTS DEPARTMENT OF   )<br>REVENUE,                             )<br>                               **Defendants**  ) | CIVIL ACTION NO. <u>05-11604-GAO</u><br>(Formerly Middlesex County Superior<br> Court Civil Action No. <u>05-01231-G)</u> |

**COMMONWEALTH OF MASSACHUSETTS'S
MOTION FOR LEAVE TO FILE REPLY MEMORANDUM**

     Pursuant to the Local Rules of the United States District Court for the District of Massachusetts, Local Rule 7.1(B)(3), the Commonwealth of Massachusetts ("Commonwealth"), a defendant in the above-captioned interpleader action, moves for leave of the Court to submit a memorandum in reply to the United States Opposition To The Commonwealth of Massachusetts Motion To Dismiss Entire Proceeding ("Opposition") filed on December 22, 2005. The Commonwealth requests leave of the Court to file a reply because of the complexity of the issues involved in this action. This Court has previously decided three cases presenting the issue now advanced by the Commonwealth. In its Opposition, the United States has refined arguments previously made in the procedurally-similar district court actions and the Commonwealth requests leave of the court to respond to those arguments.

Accordingly, the Commonwealth moves for leave of the Court to file a Reply Memorandum by Friday, January 20, 2006.

     **Respectfully submitted,**
     **ALAN LEBOVIDGE**
     **COMMISSIONER OF REVENUE**

     **By his attorney,**

     **/s/ Eileen Ryan McAuliffe**
     **Eileen Ryan McAuliffe (BBO# 435260)**
     **Department of Revenue**
     **Litigation Bureau - P.O. Box 9565**
     **100 Cambridge Street**
     **Boston, MA  02114-9565**
     **(617) 626-3217**

**Dated:  January 3, 2006**
**205208/ERM**

**CERTIFICATE OF SERVICE**

      I, Eileen Ryan McAuliffe, hereby certify that I have served copies of the within Motion For Leave To File Reply Memorandum of the Commonwealth of Massachusetts Commissioner of Revenue on the following parties by first class U.S. mail postage prepaid:


Daniel J. Burger, Esq.
Law Offices of Joseph J. Connolly
74 Main Street
Marlborough, MA 01745

George C. Austin, III
24 Bolton Street
Marlborough, Massachusetts 01752

Lydia Bottome Turanchik
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Barbara Healy Smith
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02110

                                                      /s/ Eileen Ryan McAuliffe
Dated: January 3, 2006                 Eileen Ryan McAuliffe
205208/ERM

205212/ERM

Case 1:05-cv-11604-GAO    Document 13    Filed 01/03/2006    Page 7 of 8