IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HUDSON SAVINGS BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-11604-GAO |
| | ) | |
| GEORGE C. AUSTIN, III, AS | ) | |
| EXECUTOR OF THE ESTATE OF GEORGE | ) | |
| CLIFFORD AUSTIN, JR., A/K/A | ) | |
| G. CLIFFORD AUSTIN, II, GEORGE | ) | |
| C. AUSTIN, III, AS HEIR OF | ) | |
| GEORGE CLIFFORD AUSTIN, JR., | ) | |
| A/K/A G. CLIFFORD AUSTIN, II, | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| and MASSACHUSETTS DEPARTMENT | ) | |
| OF REVENUE, | ) | |
| | ) | |
| Defendants. | ) | |

UNITED STATES' NOTICE OF NON-OPPOSITION
TO THE COMMONWEALTH'S MOTION FOR LEAVE TO FILE REPLY

The United States, by its undersigned counsel, notifies this Court of its non-opposition to

the Commonwealth's motion for leave to file a reply to the United States' Opposition to Its

Motion to Dismiss.

I hereby certify that a true copy of the
above document was filed electronically
through the Court's electronic filing system.
This system will automatically generate and
send a Notice of Electronic Filing to each
attorney of record.  For those counsel and
each party appearing pro se not registered on
the ECF system, it is hereby certified that a
copy of this document was sent by First Class
Mail, postage prepaid, on

  1/04/06 - Lydia Bottome Turanchik  

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

Mail Service List

George C. Austin, III
24 Bolton Street
Marlborough, MA 01752