UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HUDSON SAVINGS BANK
          Plaintiff(s)

v.                            CIVIL ACTION NO. 05-11604-GAO

GEORGE C. AUSTIN, III, as Executor
of the Estate of and as Heir of
George Clifford Austin, II, a/k/a G. Clifford Austin, II,
UNITED STATES OF AMERICA, and MASSACHUSETTS DEPARTMENT OF REVENUE
          Defendant(s)

## JUDGMENT IN A CIVIL CASE

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the court's Memorandum and Order, dated March 29, 2006, the **Commonwealth's Motion to Dismiss the Entire Case, Docket # 4, is GRANTED and the case is DISMISSED in its entirety.**

SARAH A. THORNTON,
CLERK OF COURT

Dated: March 30, 2006                         By Paul Lyness
                                                                   Deputy Clerk

(judgment  05-11604.wpd - 3/7/2005)