IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUDSON SAVINGS BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-11604-GAO |
| ) | |
| GEORGE C. AUSTIN, III, AS ) | |
| EXECUTOR OF THE ESTATE OF GEORGE ) | |
| CLIFFORD AUSTIN, JR., A/K/A ) | |
| G. CLIFFORD AUSTIN, II, GEORGE ) | |
| C. AUSTIN, III, AS HEIR OF ) | |
| GEORGE CLIFFORD AUSTIN, JR., ) | |
| A/K/A G. CLIFFORD AUSTIN, II, ) | |
| THE UNITED STATES OF AMERICA, ) | |
| and MASSACHUSETTS DEPARTMENT ) | |
| OF REVENUE, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF APPEARANCE

TO:   SARAH A. THORNTON
      Clerk of the United States District Court
        for the District of Massachusetts

PLEASE TAKE NOTICE that Gerald C. Miller, appears as the attorney for the United States of America in the above-titled action, succeeding Lydia Bottome Turanchik, who intends to resign from the United States Department of Justice effective on, or about, May 30, 2006.

| | |
|---|---|
| I hereby certify that a true copy of the above document was filed electronically through the Court's electronic filing system. This system will automatically generate and send a Notice of Electronic Filing to each attorney of record.  For those counsel and each party appearing pro se not registered on the ECF system, it is hereby certified that a copy of this document was sent by First Class Mail, postage prepaid, on | MICHAEL J. SULLIVAN<br>United States Attorney<br><br>/s/ Gerald C. Miller<br>GERALD C. MILLER<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P. O. Box 55, Ben Franklin Station<br>Washington, D.C.  20044-0055<br>Telephone: (202) 307-6490<br>Gerald.C.Miller@USDOJ.gov |
|   5/26/06 - s/ Gerald C. Miller   | |

Mail Service List

George C. Austin, III
24 Bolton Street
Marlborough, MA 01752