IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUDSON SAVINGS BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 05-11604-GAO |
| | ) |
| GEORGE C. AUSTIN, III, AS | ) |
| EXECUTOR OF THE ESTATE OF GEORGE | ) |
| CLIFFORD AUSTIN, JR., A/K/A | ) |
| G. CLIFFORD AUSTIN, II, GEORGE | ) |
| C. AUSTIN, III, AS HEIR OF | ) |
| GEORGE CLIFFORD AUSTIN, JR., | ) |
| A/K/A G. CLIFFORD AUSTIN, II, | ) |
| THE UNITED STATES OF AMERICA, | ) |
| and MASSACHUSETTS DEPARTMENT | ) |
| OF REVENUE, | ) |
| | ) |
| Defendants. | ) |

### UNITED STATES' NOTICE OF APPEAL

The United States appeals to the United States Court of Appeals for the First Circuit from the District Court's Judgment entered March 29, 2006, granting the Commonwealth of Massachusetts' Motion to Dismiss the above-titled action.

I hereby certify that a true copy of the above document was filed electronically through the Court's electronic filing system. This system will automatically generate and send a Notice of Electronic Filing to each attorney of record. For those counsel and each party appearing pro se not registered on the ECF system, it is hereby certified that a copy of this document was sent by First Class Mail, postage prepaid, on

   5/26/06 - s/ Gerald C. Miller

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Gerald C. Miller
GERALD C. MILLER
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055
Telephone: (202) 307-6490
Gerald.C.Miller@USDOJ.gov

Mail Service List

George C. Austin, III
24 Bolton Street
Marlborough, MA 01752