IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HUDSON SAVINGS BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 05-11604-GAO |
| | ) | |
| GEORGE C. AUSTIN, III, AS | ) | |
| EXECUTOR OF THE ESTATE OF GEORGE | ) | |
| CLIFFORD AUSTIN, JR., A/K/A | ) | |
| G. CLIFFORD AUSTIN, II, GEORGE | ) | |
| C. AUSTIN, III, AS HEIR OF | ) | |
| GEORGE CLIFFORD AUSTIN, JR., | ) | |
| A/K/A G. CLIFFORD AUSTIN, II, | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| and MASSACHUSETTS DEPARTMENT | ) | |
| OF REVENUE, | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF ATTORNEY'S WITHDRAWAL OF APPEARANCE

TO:     SARAH A. THORNTON
        Clerk of the United States District Court
          for the District of Massachusetts

        PLEASE TAKE NOTICE that Lydia Bottome Turanchik, who intends to resign from the

United States Department of Justice effective on, or about, May 30, 2006, withdraws as the

attorney for the United States of America in the above-titled action.  The appearance of Gerald C.

Miller, as the successor attorney for the United States of America, has been entered this day.

I hereby certify that a true copy of the
above document was filed electronically
through the Court's electronic filing system.
This system will automatically generate and
send a Notice of Electronic Filing to each
attorney of record.  For those counsel and
each party appearing pro se not registered on
the ECF system, it is hereby certified that a
copy of this document was sent by First Class
Mail, postage prepaid, on

  5/26/06 - s/ Lydia Bottome Turanchik

MICHAEL J. SULLIVAN
United States Attorney

/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 55, Ben Franklin Station
Washington, D.C.  20044-0055
Telephone: (202) 307-6560
Lydia.D.Bottome@USDOJ.gov

Mail Service List

George C. Austin, III
24 Bolton Street
Marlborough, MA 01752