IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUDSON SAVINGS BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-11604-GAO |
| ) | |
| GEORGE C. AUSTIN, III, AS ) | |
| EXECUTOR OF THE ESTATE OF GEORGE ) | |
| CLIFFORD AUSTIN, JR., A/K/A ) | |
| G. CLIFFORD AUSTIN, II, GEORGE ) | |
| C. AUSTIN, III, AS HEIR OF ) | |
| GEORGE CLIFFORD AUSTIN, JR., ) | |
| A/K/A G. CLIFFORD AUSTIN, II, ) | |
| THE UNITED STATES OF AMERICA, ) | |
| and MASSACHUSETTS DEPARTMENT ) | |
| OF REVENUE, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Robert J. Kovacev, Trial Attorney, Tax Division, U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044, (202) 307-6541, as attorney for the United States in the above-referenced proceeding.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

  /s/ Robert J. Kovacev
ROBERT J. KOVACEV
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6541
Email: Robert.J.Kovacev@usdoj.gov

```
I hereby certify that this document filed
through the ECF system will be sent
electronically to the registered participants
as identified on the Notice of Electronic
Filing (NEF) and paper copies will be sent to
those indicated as non registered
participants on 4/4/07.
/s/ Robert J. Kovacev
```

1972543.1