IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUDSON SAVINGS BANK,<br>                                **Plaintiff**<br>v.<br><br>GEORGE C. AUSTIN, III, As Executor of the<br>Estate of George Clifford Austin, Jr., a/k/a<br>G. Clifford Austin, II,<br><br>GEORGE C. AUSTIN, III, As Heir of George<br>Clifford Austin, Jr., a/k/a G. Clifford Austin, II)<br><br>UNITED STATES OF AMERICA, and<br><br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE,<br>                                **Defendants** | CIVIL ACTION NO. **05-11604-GAO**<br>(Formerly Middlesex County Superior<br>Court Civil Action No. **05-01231-G**) |

## APPLICATION FOR ENTRY OF DEFAULT JUDGMENT

The defendant, the Commonwealth of Massachusetts Commissioner of Revenue ("Commissioner"), pursuant to the Federal Rules of Civil Procedure, Rule 55(b) (2), applies for an entry of default judgment against the defendant, George C. Austin, III, as Executor of the Estate of George Clifford Austin, Jr., a/k/a G. Clifford Austin, II and the defendant, George C. Austin, III, as Heir of George Clifford Austin, Jr., a/k/a G. Clifford Austin, II.

In support of this application, the Commissioner states that the defendant, George C. Austin, III has failed to plead or otherwise defend in this action as required by the rules of this court. Further the Commissioner states that the Return of Service against the defendant, George C. Austin, III as Heir of George C. Austin, Jr., was filed with the Middlesex Superior Court, C.A. No. 05-01231-G, on June 24, 2005 prior to the action's August 1, 2005 removal to this court by the defendant, the United States of America. The Middlesex Superior Court Civil Docket Entry

for the Return of Service reflects in-hand service upon the defendant, George C. Austin, at 24 Bolton Street, Marlboro, Massachusetts 01752. The United States District Court Civil Docket for this action, Entry #7, reflects that the State Court Record was filed with the U.S. District Court on August 16, 2005 and entered on August 18, 2005. Copies of the U.S. District Court Civil Docket and the State Court Docket Sheet will be attached hereto.

   The Commissioner also states that the Return of Service against the defendant, George C. Austin, III as Executor of the Estate of George C. Austin, Jr., was filed with the Middlesex Superior Court, C.A. No. 05-01231-G, on June 24, 2005 prior to the action's August 1, 2005 removal to this court by the defendant, the United States of America. The Middlesex Superior Court Civil Court Docket Entry for the Return of Service reflects in-hand service on the defendant, George C. Austin, at 24 Bolton Street, Marlboro, Massachusetts 01752. The United States District Court Civil Docket for this action, Entry #7, reflects that the State Court Record was filed with the U.S. District Court on August 16, 2005 and entered on August 18, 2005. Copies of the U.S. District Court Civil Docket and the State Court Docket Sheet will be attached hereto.

WHEREFORE, the Commissioner respectfully applies for a default judgment to enter against the defendant, George C. Austin, III as Heir to George C. Austin, Jr., and against George C. Austin, III as Executor of the Estate of George C. Austin, Jr.

ALAN LEBOVIDGE
COMMISSIONER OF REVENUE
By his attorney,

 /s/ Eileen Ryan McAuliffe
 Eileen Ryan McAuliffe, BBO No. 435260
Counsel for the Commissioner
Massachusetts Department of Revenue
Litigation Bureau, 7th Floor
P.O. Box 9565
100 Cambridge Street
Boston, Massachusetts 02110-9565
(617) 626-3216

**DATED: May 1, 2007**
**235421/ERM**

## **CERTIFICATE OF SERVICE**

  I, Eileen Ryan McAuliffe, certify that I have served a copy of the Application For Entry of Default Judgment ,by first-class mail, postage prepaid, upon

Attorney Robert J. Kovacev
U.S. Department of Justice
Tax Division
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Attorney Daniel J. Burger
Law Offices of Joseph J. Connolly
74 Main Street
Marlborough, Massachusetts 01752

Barbara Healy Smith
United States Attorney's Office
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Gerald C. Miller
U.S. Department of Justice
Tax Division
P.O. Box 55
Ben Franklin Station
Washington, DC. 20044

George C. Austin, III
24 Bolton Street
Marlborough, Massachusetts 01752

Attorney Thomas J. Barnico
Assistant Attorney General
Office of the Massachusetts Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108

                                        /s/ Eileen Ryan McAuliffe
                                        Eileen Ryan McAuliffe

DATED: May 1, 2007
235421/ERM