UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**COMMONWEALTH OF MASSACHUSETTS COMMISSIONER OF REVENUE**</u>
                                                                                           CIVIL ACTION
            **Defendant**
                                                                                           NO.  <u>05-11604-GAO</u>
      **V.**


<u>**GEORGE C. AUSTIN, III, as Executor of the Estate of George Clifford Austin, Jr. a/k/a G. Clifford Austin, II and the defendant, GEORGE C. AUSTIN, III as Heir of George Clifford Austin, Jr. a/k/a G. Clifford Austin, II**</u>
            **Defendant**

## NOTICE OF DEFAULT

Upon application of the Defendant  <u>**COMMONWEALTH OF MASSACHUSETTS COMMISSIONER OF REVENUE**</u>  for an order of Default for failure of the Defendant,  <u>**GEORGE C. AUSTIN, III as Executor of the Estate of George Clifford Austin, Jr. a/k/a G. Clifford Austin, II and the defendant, GEORGE C. AUSTIN, III, as Heir of George Clifford Austin, Jr., a/k/a G. Clifford Austin, II**</u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this  <u>2</u>  day of  <u>MAY, 2007</u>  .

                                                                        **SARAH A. THORNTON**
                                                                        **CLERK OF COURT**


                                                    By:   <u>Paul Lyness</u>
                                                             **Deputy Clerk**

**Notice mailed to:**

**(Default Notice.wpd - 3/7/2005)**