IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUDSON SAVINGS BANK,<br>                                            **Plaintiff**<br>v.<br><br>GEORGE C. AUSTIN, III, As Executor of the Estate of George Clifford Austin, Jr., a/k/a G. Clifford Austin, II,<br><br>GEORGE C. AUSTIN, III, As Heir of George Clifford Austin, Jr., a/k/a G. Clifford Austin, II)<br><br>UNITED STATES OF AMERICA, and<br><br>MASSACHUSETTS DEPARTMENT OF REVENUE,<br>                                             **Defendants** | CIVIL ACTION NO. **05-11604-GAO**<br>(Formerly Middlesex County Superior Court Civil Action No. **05-01231-G**) |

## JOINT APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AND ORDER OF DISTRIBUTION

The two remaining defendants to this action, the defendant, the Commonwealth of Massachusetts Commissioner of Revenue ("Commissioner") and the defendant, the United States of America, ("U.S."), pursuant to the Federal Rules of Civil Procedure, Rule 55(b), jointly apply for an entry of default judgment against the defendant, George C. Austin, III, as Executor of the Estate of George Clifford Austin, Jr., a/k/a G. Clifford Austin, II and the defendant, George C. Austin, III, as Heir of George Clifford Austin, Jr., a/k/a G. Clifford Austin, II, and request the entry of an Order of Distribution in the amounts set forth herein. The distribution amounts agreed to by the Commissioner and the U.S. are attested to in the attached affidavits of George Mutascio, Assistant Chief of the Massachusetts Department of Revenue's Collections

Bureau and John D. Carroll, Advisor in the Collection Technical Services Group, Internal Revenue Service. A proposed order of distribution is also filed herewith.

In support of this application, the Commissioner and the U.S. state that on May 2, 2007, the Court issued a Notice of Default against the defendant, George C. Austin, III for his failure to plead or otherwise defend as provided by Rule 55(a) of the Rules of Civil Procedure. Further the Return of Service against the defendant, George C. Austin, III as Heir of George C. Austin, Jr., was filed with the Middlesex Superior Court, C.A. No. 05-01231-G, on June 24, 2005 prior to the action's August 1, 2005 removal to this court by the defendant, the United States of America. The Middlesex Superior Court Civil Docket Entry for the Return of Service reflects in-hand service upon the defendant, George C. Austin, at 24 Bolton Street, Marlboro, Massachusetts 01752. The United States District Court Civil Docket for this action, Entry #7, reflects that the State Court Record was filed with the U.S. District Court on August 16, 2005 and entered on August 18, 2005. Copies of the U.S. District Court Civil Docket and the State Court Docket Sheet will be attached hereto.

The Commissioner and the U.S. also state that the Return of Service against the defendant, George C. Austin, III as Executor of the Estate of George C. Austin, Jr., was filed with the Middlesex Superior Court, C.A. No. 05-01231-G, on June 24, 2005 prior to the action's August 1, 2005 removal to this court by the defendant, the United States of America. The Middlesex Superior Court Civil Court Docket Entry for the Return of Service reflects in-hand service on the defendant, George C. Austin, at 24 Bolton Street, Marlboro, Massachusetts 01752. The United States District Court Civil Docket for this action, Entry #7, reflects that the State Court Record was filed with the U.S. District Court on August 16, 2005 and entered on August 18, 2005.

Copies of the U.S. District Court Civil Docket and the State Court Docket Sheet will be attached hereto.

WHEREFORE, the Commissioner and the U.S respectfully apply for a default judgment to enter against the defendant, George C. Austin, III as Heir to George C. Austin, Jr., and against George C. Austin, III as Executor of the Estate of George C. Austin, Jr. and request that the Court enter an Order of Distribution of the interpleader fund for the following amounts:

<u>Commonwealth of Massachusetts Commissioner of Revenue</u>:  $44,443.64 as of April 30, 2007 with a per diem accrual for interest and penalties of $10.96 after April 30, 2007.

<u>United States of America</u>:   Balance of the Interpleader Fund Deposited With the Court Plus Interest

| ALAN LEBOVIDGE | UNITED STATES OF AMERICA |
| --- | --- |
| COMMISSIONER OF REVENUE | By its attorney, |
| By his attorney, | |

/s/ Eileen Ryan McAuliffe                                    /s/ Robert J. Kovacev
Eileen Ryan McAuliffe, BBO No. 435260        Robert J. Kovacev
Counsel for the Commissioner                         Trial Attorney, Tax Division
Massachusetts Department of Revenue           U.S. Department of Justice
Litigation Bureau, 7th Floor                              Post Office Box No.55
P.O. Box 9565                                                      Washington, D.C. 20044
100 Cambridge Street                                          (202) 307-6541
Boston, Massachusetts 02114-9565
(617) 626-3217

DATED: May 22, 2007                                        DATED: May 22, 2007

235421/ERM

## **CERTIFICATE OF SERVICE**

I, Eileen Ryan McAuliffe, certify that I have served a copy of the Joint Application For Entry of Default Judgment and Order of Distribution with attached exhibits and affidavits along with a proposed Order of Distribution by first-class mail, postage prepaid, upon

Attorney Robert J. Kovacev
U.S. Department of Justice
Tax Division
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Attorney Daniel J. Burger
Law Offices of Joseph J. Connolly
74 Main Street
Marlborough, Massachusetts 01752

Barbara Healy Smith
United States Attorney's Office
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Gerald C. Miller
U.S. Department of Justice
Tax Division
P.O. Box 55
Ben Franklin Station
Washington, DC. 20044

George C. Austin, III
24 Bolton Street
Marlborough, Massachusetts 01752

Attorney Thomas J. Barnico
Assistant Attorney General
Office of the Massachusetts Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108

      /s/ Eileen Ryan McAuliffe
      Eileen Ryan McAuliffe

DATED: May 22, 2007
235421/ERM

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUDSON SAVINGS BANK,<br>      **Plaintiff**<br>v.<br><br>GEORGE C. AUSTIN, III, As Executor of the<br>Estate of George Clifford Austin, Jr., a/k/a<br>G. Clifford Austin, II,<br><br>GEORGE C. AUSTIN, III, As Heir of George<br>Clifford Austin, Jr., a/k/a G. Clifford Austin, II)<br><br>UNITED STATES OF AMERICA, and<br><br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE,<br>      **Defendants** | CIVIL ACTION NO. <u>05-11604-GAO</u><br>(Formerly Middlesex County Superior<br>Court Civil Action No. <u>05-01231-G</u>) |

## ORDER OF DISTRIBUTION

Pursuant to the Joint Application for Entry of Default Judgment and Order of Distribution with attached affidavits and exhibits, filed by the two remaining defendants to this action, the Commonwealth of Massachusetts Commissioner of Revenue ("Commissioner") and the United States of America ("U.S."), judgment for distribution is ordered as follows:

<u>Commonwealth of Massachusetts Commissioner of Revenue</u>: $44,443.64 as of April 30, 2007 with a per diem accrual for interest and penalties of $10.96 after April 30, 2007.

<u>United States of America</u>: Balance of the Interpleader Fund Deposited With the Court Plus Interest

IT IS SO ORDERED:

_____            _____
DATE                      DISTRICT JUDGE
235224/ERM

Case 1:05-cv-11604-GAO    Document 32    Filed 05/22/2007    Page 6 of 6