# UNITED STATES DISTRICT COURT
# DISTRICT OF – MASSACHUSETTS

**Hudson Savings Bank**

vs.

**George C. Austin III, Executor, et al**        Civil Action, File No. 1:05cv11604

## AFFIDAVIT OF DEBT

John D. Carroll, being duly sworn, deposes and says:

1. That he is an Advisor in the Collection Technical Services Group, Internal Revenue Service, 380 Westminster Street, Providence, Rhode Island, and has knowledge of the outstanding tax liabilities of George C. Austin III and is authorized to make this affidavit.

2. That the debtor, George C. Austin III, is liable for unpaid Trust Fund Recovery Penalty liabilities for the periods ended 12/31/99, 03/31/00, 06/30/00, 09/30/00, 12/31/00, 03/31/01 in the amount of $439,436.06.

| Tax | Period | Date Assessed | Assessed Balance $ | Accrued Interest and Penalty $ | Balance Due 04/30/2007 $ |
|---|---|---|---|---|---|
| 6672 | 12/31/99 | 12/04/2000 | 206,756.53 | 101,149.17 | 307,905.70 |
| 6672 | 03/31/00 | 03/18/2002 | 9,365.53 | 3,300.90 | 12,666.43 |
| 6672 | 06/30/00 | 03/18/2002 | 21,032.36 | 7,392.26 | 28,424.62 |
| 6672 | 09/30/00 | 03/18/2002 | 19,703.83 | 6,925.34 | 26,629.17 |
| 6672 | 12/31/00 | 03/18/2002 | 24,636.84 | 8,659.13 | 33,295.97 |
| 6672 | 03/31/01 | 03/18/2002 | 22,578.48 | 7,935.69 | 30,514.17 |

3. That additional interest will accrue after April 30, 2007, at the rate specified by Internal Revenue Code Sections 6621 and 6622.

*John D. Carroll*
John D. Carroll, Advisor
Technical Services
Badge 05-02132

Subscribed and sworn before me this 11th of April 2007.

_____, Notary Public
My commission expires: 01/16/2010

TOTAL P.02

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUDSON SAVINGS BANK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE C. AUSTIN, III, Executor of the )<br>Estate of George Clifford Austin, Jr. a/k/a )<br>G. Clifford Austin, II; )<br>GEORGE C. AUSTIN, III, as Heir of )<br>George Clifford Austin, Jr. )<br>a/k/a G. Clifford Austin, II; )<br>UNITED STATES OF AMERICA; )<br>and MASSACHUSETTS DEPARTMENT )<br>OF REVENUE, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 05-11604-GAO |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this day the original certified or attested to copies of the state court pleadings received from the Clerk/Magistrate of the Middlesex Superior Court, were filed with the United States District Court.

MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

BY: /s/ Barbara Healy Smith
Barbara Healy Smith
Assistant U. S. Attorney
U.S. Courthouse - Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3282

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on
August 16, 2005

/s/
Assistant U.S. Attorney

MAS-20041213
coleman

**Commonwealth of Massachusetts**
MIDDLESEX SUPERIOR COURT
Case Summary
Civil Docket

08/04/2005
09:05 AM

# MICV2005-01231
## Hudson Savings Bank v Austin III, Executor Estate of George Clifford Austin Jr aka et al

| Defendant | Private Counsel 435260 |
|---|---|
| Massachusetts Department of Revenue<br>P O Box 9565<br>100 Cambridge Street<br>Boston, MA 02114-9565<br>Served: 06/15/2005<br>Answered: 06/27/2005<br>Answered 06/27/2005 | Eileen Ryan McAuliffe<br>Mass Revenue Dept<br>100 Cambridge Street<br>PO Box 9565<br>Boston, MA 02114-9565<br>Phone: 617-626-3217<br>Fax: 617-626-3245<br>Active 06/22/2005 Notify<br><br>*** See Attorney Information Above *** |

| Date | Paper | Text |
|---|---|---|
| 04/08/2005 | 1.0 | Complaint & civil action cover sheet filed |
| 04/08/2005 | | Origin 1, Type D99, Track F. |
| 06/24/2005 | 2.0 | SERVICE RETURNED: George C Austin III, Heir of George Clifford Austin Jr aka(Defendant), 6/10/05, in hand to Geroge C. Austin, 24 Bolton St, Marlbora, MA 01752 |
| 06/24/2005 | 3.0 | SERVICE RETURNED: United States of America (IRS)(Defendant), 6/10/05, in hand to Peter Sorrentino, agent, 118 Turnpike Rd, Southborough, MA |
| 06/24/2005 | 4.0 | SERVICE RETURNED: George Austin III, Executor Estate of George Clifford Austin Jr aka(Defendant), 6/10/05, in hand to George C. Austin, 24 Bolton, St, Marlboro, MA 01752 |
| 06/24/2005 | 5.0 | SERVICE RETURNED: Massachusetts Department of Revenue(Defendant), 6/15/05, in hand to J. Haston, agent, 100 Cambridge St, Boston, MA |
| 06/27/2005 | 6.0 | ANSWER: Massachusetts Department of Revenue(Defendant) |
| 07/05/2005 | | Pleading, Motion to Extend Tracking Order, returned to Daniel J Burger, Esq.: Does not Comply with Rule 9A. |
| 07/08/2005 | 7.0 | Plaintiff's ASSENTED to MOTION to Extend Time Within Which to Serve Extend Tracking Order by 60 days |
| 07/12/2005 | 8.0 | MOTION to Extend Time within which to serve extend tracking order, Assented to |
| 07/12/2005 | | MOTION (P#8) Motion ALLOWED Dated: July 7, 2005 (Joseph M. Walker, III, Justice) Notices mailed July 12, 2005 |

REMAND

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-11604-GAO

Hudson Savings Bank v. Austin et al
Assigned to: Judge George A. O'Toole, Jr
Case in other court: First Circuit, 06-02043
Cause: 26:7401 IRS: Tax Liability

Date Filed: 08/01/2005
Jury Demand: None
Nature of Suit: 870 Taxes
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Hudson Savings Bank**     represented by **Daniel J. Burger**
Law Offices of Joseph J. Connolly
74 Main Street
Marlborough, MA 01752
508-485-4488
Fax: 508-624-4110
Email: dburger@jconnollyesq.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**George C. Austin, III**
*Executor of the Estate of George Clifford Austin Jr. and as Heir of George Clifford Austin, Jr.*
*also known as*
G. Clifford Austin, II

**Defendant**

**United States of America**     represented by **Barbara Healy Smith**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3969
Email: barbara.h.smith@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald C. Miller**

|  |  |
|---|---|
|  | US Department of Justice<br>Tax Division<br>Post Office Box 55<br>Ben Franklin Station<br>Washington, DC 20044-0055<br>202-307-6490<br>Fax: 202-514-5238<br>Email: gerald.c.miller@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lydia Bottome Turanchik**<br>U.S. Department of Justice - Tax Division<br>Judiciary Center Building - Room 7804<br>Post Office Box 55<br>Ben Franklin Station<br>Washington, DC 20001<br>202-307-6560<br>Fax: 202-514-5238<br>*TERMINATED: 05/26/2006*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert J. Kovacev**<br>U.S. Department of Justice<br>P.O. Box 55<br>Washington, DC 20044<br>202-307-6541<br>Fax: 202-514-5238<br>Email: Robert.J.Kovacev@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant**<br>**Massachusetts Department of Revenue** | represented by **Eileen Ryan McAuliffe**<br>Massachusetts Department of Revenue<br>100 Cambridge Street<br>P. O. Box 9565<br>Boston, MA 02214-9565<br>617-626-3217<br>Fax: 617-626-3245<br>Email: mcauliffe@dor.state.ma.us<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/01/2005 | 1 | NOTICE OF REMOVAL by United States of America from Middlesex Superior Court, case number 05-01231-G. $ 0., filed by United States of |

| | | |
|---|---|---|
| | | America.(Edge, Eugenia) (Entered: 08/02/2005) |
| 08/01/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Edge, Eugenia) (Entered: 08/02/2005) |
| 08/01/2005 | 2 | NOTICE of Appearance by Barbara Healy Smith, Lydia Bottome Turanchik on behalf of United States of America. (Edge, Eugenia) (Entered: 08/02/2005) |
| 08/01/2005 | 3 | Request for Enlarge of Time to September 28, 2005 to File Response/Reply as to 1 Notice of Removal by United States of America. (Edge, Eugenia) (Entered: 08/02/2005) |
| 08/09/2005 | 4 | MOTION to Dismiss by Massachusetts Department of Revenue. (McAuliffe, Eileen) Additional attachment(s) added on 8/10/2005 (Edge, Eugenia). (Entered: 08/09/2005) |
| 08/09/2005 | 5 | MEMORANDUM in Support re 4 MOTION to Dismiss filed by Massachusetts Department of Revenue. (Edge, Eugenia) (Entered: 08/10/2005) |
| 08/09/2005 | 6 | CERTIFICATE OF CONSULTATION re 4 MOTION to Dismiss by Eileen Ryan McAuliffe on behalf of Massachusetts Department of Revenue. (Edge, Eugenia) (Entered: 08/10/2005) |
| 08/16/2005 | 7 | STATE COURT Record.(Attachments: # 1 State docket sheet)(Edge, Eugenia) (Entered: 08/18/2005) |
| 08/19/2005 | 8 | *Request for Extension of Time to Respond to Respond to the Commonwealth's Motion to Dismiss* - Letter/request (non-motion). (Bottome Turanchik, Lydia) (Entered: 08/19/2005) |
| 10/12/2005 | 9 | NOTICE of Scheduling Conference Scheduling Conference set for 11/16/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 10/12/2005) |
| 10/12/2005 | 10 | Assented to MOTION to Continue Scheduling Conference by United States of America.(Turanchik, Lydia) (Entered: 10/12/2005) |
| 10/14/2005 | | Judge George A. O'Toole Jr.: ElectronicORDER entered granting 10 Motion to Continue (Lyness, Paul) (Entered: 10/14/2005) |
| 10/14/2005 | | NOTICE OF RESCHEDULING Scheduling Conference set for 11/28/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 10/14/2005) |
| 10/26/2005 | | NOTICE OF RESCHEDULING Scheduling Conference set for 12/13/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 10/26/2005) |
| 12/07/2005 | 11 | JOINT SUBMISSION pursuant to Local Rule 16.1 by United States of |

| | | |
|---|---|---|
| | | America.(Turanchik, Lydia) (Entered: 12/07/2005) |
| 12/12/2005 | | Notice Resetting or Cancelling Hearing. Hearing rescheduled or cancelled: The scheduling conference for 12/13/05 is cancelled (Lyness, Paul) (Entered: 12/12/2005) |
| 12/22/2005 | 12 | Opposition re 4 MOTION to Dismiss filed by United States of America. (Turanchik, Lydia) Additional attachment(s) added on 1/4/2006 (Edge, Eugenia). (Entered: 12/22/2005) |
| 01/03/2006 | 13 | MOTION for Leave to File by Massachusetts Department of Revenue. (McAuliffe, Eileen) (Entered: 01/03/2006) |
| 01/04/2006 | 14 | NOTICE by United States of America re 13 MOTION for Leave to File (Turanchik, Lydia) (Entered: 01/04/2006) |
| 01/13/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting Nunc Pro Tunc 3 Motion for Extension of Time to File Response/Reply re 3 MOTION for Extension of Time to September 28, 2005 to File Response/Reply as to 1 Notice of Removal Responses due by 9/28/2005 (Lyness, Paul) (Entered: 01/13/2006) |
| 01/18/2006 | 15 | REPLY to Response to Motion re 13 MOTION for Leave to File filed by Massachusetts Department of Revenue. (McAuliffe, Eileen) (Entered: 01/18/2006) |
| 01/20/2006 | 16 | NOTICE of filing attachments by Massachusetts Department of Revenue re 15 Reply to Response to Motion. c/s (Attachments: # 1 Copy of Joint Motion for Release of Funds filed in Superior Court# 2 Attached Court of Appeals Judgement dtd 12/8/05# 3 Copy of Memo of Decision and Order dtd 7/3/89)(Edge, Eugenia) (Entered: 01/20/2006) |
| 01/26/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 13 Motion for Leave to File (Lyness, Paul) (Entered: 01/26/2006) |
| 03/29/2006 | 17 | Judge George A. O'Toole Jr.: MEMORANDUM AND ORDER entered granting 4 Motion to Dismiss. Therefore, I conclude that the Commonwealth must be dismissed as a result of its proper invocation of its Eleventh Amendment immunity and that, the Commonwealth being an indispensable party, the entire action must be dismissed. Accordingly, the Commonwealth's Motion to Dismiss Entire Case, Docket # 4, is GRANTED and the case is DISMISSED in its entirety. (Lyness, Paul) Additional attachment(s) added on 3/30/2006 (Lyness, Paul). (Entered: 03/30/2006) |
| 03/30/2006 | | Notice of correction to docket made by Court staff. Correction: The Memorandum and Order corrected because: Wrong document attached (Lyness, Paul) (Entered: 03/30/2006) |
| 03/30/2006 | 18 | Judge George A. O'Toole Jr.: ORDER entered. JUDGMENT in favor of Defendants against Plaintiff(Lyness, Paul) (Entered: 03/30/2006) |
| 05/26/2006 | 19 | NOTICE of Appearance by Gerald C. Miller on behalf of United States of America (Miller, Gerald) (Entered: 05/26/2006) |

| | | |
|---|---|---|
| 05/26/2006 | 20 | NOTICE OF APPEAL as to 17 Order on Motion to Dismiss,, by United States of America. $ 455 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/15/2006. (Miller, Gerald) (Entered: 05/26/2006) |
| 05/26/2006 | | Notice of correction to docket made by Court staff. Attorney Gerald Miller's record in this case was modified to allow electronic noticing. (Hurley, Virginia) (Entered: 05/26/2006) |
| 05/26/2006 | 21 | NOTICE of Withdrawal of Appearance by Lydia Bottome Turanchik (Turanchik, Lydia) (Entered: 05/26/2006) |
| 07/07/2006 | 22 | Certified and Transmitted Record on Appeal to US Court of Appeals re 20 Notice of Appeal, (Attachments: # 1)(Ramos, Jeanette) (Entered: 07/07/2006) |
| 07/13/2006 | 23 | USCA Case Number 06-2043 for 20 Notice of Appeal, filed by United States of America,. (Ramos, Jeanette) (Entered: 07/13/2006) |
| 03/06/2007 | 24 | USCA Judgment as to 20 Notice of Appeal, filed by United States of America. This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts. Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of dismissal is reversed, and the matter is remanded to the district court for further proceedings consistent with the opinion issued this day. Thereafter, if any issue remains to be resolved between the Commonwealth of Massachusetts and Hudson Savings Band the remainder of the case should be remanded to the state court. (Judgment entered in the USCA 3/5/2007). (Ramos, Jeanette) (Entered: 03/06/2007) |
| 03/06/2007 | 25 | OPINION of USCA (Ramos, Jeanette) (Entered: 03/06/2007) |
| 04/02/2007 | | ELECTRONIC NOTICE of Hearing : Status Conference set for 4/30/2007 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly. (Lyness, Paul) (Entered: 04/02/2007) |
| 04/04/2007 | 26 | NOTICE of Appearance by Robert J. Kovacev on behalf of United States of America (Kovacev, Robert) (Entered: 04/04/2007) |
| 04/24/2007 | 27 | Assented to MOTION to Deposit Funds *into Court* by Hudson Savings Bank.(Burger, Daniel) (Entered: 04/24/2007) |
| 04/26/2007 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 27 Motion to Deposit Funds. (Edge, Eugenia) (Entered: 04/26/2007) |
| 04/26/2007 | 28 | MANDATE of USCA as to 20 Notice of Appeal, filed by United States of America. This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel. Upon consideration whereof, it is now ordered, adjudged and |

| | | |
|---|---|---|
| | | decreed as follows: The judgment of dismissal is reversed, and te matter is remanded to the district court for further proceedings consistent with the opinion issued this day. (Mandate entered in the USCA 4/26/2007) (Ramos, Jeanette) (Entered: 04/26/2007) |
| 04/26/2007 | | Appeal Record Returned: 20 Notice of Appeal, (Ramos, Jeanette) (Entered: 04/26/2007) |
| 04/30/2007 | | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.: Status Conference held on 4/30/2007. Application for an entry of default to be filed by counsel. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 05/01/2007) |
| 05/01/2007 | 29 | APPLICATION for Writ of Default Judgment by Massachusetts Department of Revenue. (McAuliffe, Eileen) (Entered: 05/01/2007) |
| 05/02/2007 | 30 | NOTICE: Clerk's ENTRY OF DEFAULT as to George C. Austin, III, as Executor of the Estate of George Clifford Austin, Jr. a/k/a G. Clifford Austin, II and the defendant, George C. Austin, III, as Heir of George Clifford Austin, Jr. a/k/a G. Clifford Austin, II. (Lyness, Paul) (Entered: 05/02/2007) |
| 05/02/2007 | 31 | Judge George A. O'Toole Jr.: ORDER entered. STANDING ORDER on motions for default judgment re 30 Notice: Clerk's Entry of Default, (Lyness, Paul) (Entered: 05/02/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/14/2007 13:52:53 | | | |
| PACER Login: | ma0025 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:05-cv-11604-GAO |
| Billable Pages: | 3 | Cost: | 0.24 |