IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUDSON SAVINGS BANK,<br>      Plaintiff<br>v.<br><br>GEORGE C. AUSTIN, III, As Executor of the<br>Estate of George Clifford Austin, Jr., a/k/a<br>G. Clifford Austin, II,<br><br>GEORGE C. AUSTIN, III, As Heir of George<br>Clifford Austin, Jr., a/k/a G. Clifford Austin, II<br><br>UNITED STATES OF AMERICA, and<br><br>MASSACHUSETTS DEPARTMENT OF<br>REVENUE,<br>      Defendants | CIVIL ACTION NO. 05-11604-GAO<br>(Formerly Middlesex County Superior<br>Court Civil Action No. 05-01231-G) |

## ORDER OF DISTRIBUTION

Pursuant to the Joint Application for Entry of Default Judgment and Order of Distribution with attached affidavits and exhibits, filed by the two remaining defendants to this action, the Commonwealth of Massachusetts Commissioner of Revenue ("Commissioner") and the United States of America ("U.S."), judgment for distribution is ordered as follows:

<u>Commonwealth of Massachusetts Commissioner of Revenue</u>: $44,443.64 as of April 30, 2007 with a per diem accrual for interest and penalties of $10.96 after April 30, 2007.

<u>United States of America</u>: Balance of the Interpleader Fund Deposited With the Court Plus Interest

IT IS SO ORDERED:
5/23/07
DATE

/s/ [signature]
DISTRICT JUDGE

235224/ERM