UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>THE COMMONWEALTH OF MASSACHUSETTS COMMISSIONER OF REVENUE AND THE UNITED STATES OF AMERICA</u>
        Defendants

        v.                      CIVIL ACTION NO.  05-11604-GAO

<u>GEORGE C. AUSTIN,III,as Executor of the Estate of George Clifford Austin, Jr. a/k/a G. Clifford Austin, II and the defendant, GEORGE C. AUSTIN, III as Heir of George Clifford Austin,Jr.a/k/a G. Clifford Austin, II</u>

        Defendant(s)

**DEFAULT JUDGMENT IN A CIVIL CASE**

O'TOOLE     , D.J.

☐ **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS  ORDERED AND ADJUDGED**

Defendants the Commonwealth of Massachusetts Commissioner of Revenue and the defendant, the United States of America have default against George C. Austin, III, as Executor of the Estate of George Clifford Austin, Jr. a/k/a G. Clifford Austin, II and the defendant, George C. Austin, III as Heir of George Clifford Austin, Jr. a/k/a G. Clifford Austin, II as follows: For the Commonwealth of Massachusetts Commissioner of Revenue: $44,443.64 as of April 30, 2007 with a per diem accrual for interest and penalties of $10.96 after April 30, 200.  United States of America: Balance of the Interpleader fund Deposited with the Court Plus Interest.

                                            SARAH A. THORNTON,
                                            CLERK OF COURT

Dated:  5/24/07                          By   Paul S. Lyness
                                                           Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)