

**CERTIFIED COPY**

# United States Court of Appeals
## For the First Circuit

---

No. 06-2043

HUDSON SAVINGS BANK,

Plaintiff - Appellee,

v.

GEORGE C. AUSTIN, III, Executor of the Estate of George Clifford Austin, Jr. and as Heir of George Clifford Austin, Jr., a/k/a G. Clifford Austin, II; MASSACHUSETTS DEPARTMENT OF REVENUE,

Defendants - Appellees,

---

UNITED STATES,

Defendant - Appellant.

---

Before

Howard and Selya, <u>Circuit Judges</u>,
Shadur,* <u>Senior District Judge</u>.

---

TAXATION OF COSTS

---

Entered: August 8, 2007

Costs in favor of appellant are taxed as follows:

```
Reproduction of appellant's brief..........$46.02
Reproduction of reply brief................$27.30
Reproduction of supplemental appendix......$26.88
```

**TOTAL**                                $100.20

Pursuant to Fed. R. App. P. 39(d)(3), the district court is directed to add this taxation of costs to the mandate issued on April 26, 2007.

By the Court:

Richard Cushing Donovan, Clerk

By: **ERIC H. DEININGER**
Appeals Attorney.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 8/8/07

---

*Of the Northern District of Illinois, sitting by designation.

[Cert. cc: Sarah A. Thornton, Clerk, U.S.D.C. of Massachusetts, cc: Messrs: Burger, Miller, Hutter, Clark, Nolet, Barnico, Ms. McAuliffe, Ms. O'Connor and Ms. Smith]